UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

BLAKE POWER,

      Plaintiff,

-vs-                            Case No: *17-cv-05619*

WEEKS MARINE, INC.,

      Defendant.

_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248)  258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

_____/

## **COMPLAINT**

    NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

1

3.      At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about February 4, 2017, Plaintiff was struck by a line that had snapped for reasons not attributable to Plaintiff inuring to the mate and the handling thereof, same constituting negligence, failure to provide a safe place to work and seaworthy vessel.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

       a.      Pain and suffering, past future;

       b.      Mortification, humiliation, fright shock and embarrassment;

       c.      Loss of earnings and earning capacity;

       d.      Hospital, pharmaceutical and other cure expenses;

       e.      Aggravation of prior condition, if any there be;

       f.      Inability to engage in social, recreational, and other pursuits previously enjoyed;

       g.      Mental anguish;

       h.      Found;

       i.      Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

DATED:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

BLAKE POWER,

      Plaintiff,

-vs-

                                   Case No: 17-cv-05619

WEEKS MARINE, INC.,

      Defendant.

_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248)   258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

_____/

## DEMAND FOR TRIAL BY JURY

      NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN

KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                          O'BRYAN BAUN KARAMANIAN

                          /s/ Dennis M. O'Bryan

                          _____

                          DENNIS M. O=BRYAN
                          Attorneys for Plaintiff
                          40I S. Old Woodward, Suite 463
                          Birmingham, MI   48009
                          (248) 258-6262   (248) 258-6047 - fax

Dated:

4